UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Alexander Mooto

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( ) ( )

Defendant ALEXANDER MOOTOO, hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X__ teleconferencing:

_X__   Initial Appearance Before a Judicial Officer

__x_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_____/S/_____          _____/S/_____
Defendant's Signature                                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ALEXANDER MOOTOO                                         SUSAN G. KELLMAN
Print Defendant's Name                                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

9/30/2020
_____                                _____
Date                                                              U.S. District Judge/U.S. Magistrate Judge